UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M. QUINN, | No. 2:14-cv-00408 AC P |
| Plaintiff, | |
| v. | ORDER |
| WARREN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the United States Magistrate Judge. ECF No. 4. On July 10, 2014 plaintiff filed a notice of submission of service documents. ECF No. 9. However, in the notice he also indicated that he intended to file an amended complaint and elected to delay service of process on defendants Hernandez, Nelson, and Warren. Accordingly, the court will not direct the United States Marshal to serve the defendants at this time. However, the court will sua sponte extend the deadline to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an amended complaint within twenty-one days from the date of this order; and,

2. If plaintiff fails to file an amended complaint within the time provided, the court will

proceed to order service on remaining defendants Hernandez, Nelson, and Warren.

DATED: July 18, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE