1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DANIEL M. QUINN,                            No.  2:14-cv-0408 AC P

12                     Plaintiff,

13           v.                                    ORDER

14    WARREN, et al.,

15                     Defendants.

16

17           Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to

18    42 U.S.C. § 1983.  Plaintiff has consented to the jurisdiction of the undersigned magistrate judge

19    for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a).  ECF No. 4.

20           By order filed December 29, 2016, the court found that service was appropriate for

21    defendants Warren, Nelson, Hernandez, and Steed and directed plaintiff to complete and return

22    the paperwork necessary to effect service on the defendants.  ECF No. 19.  Thirty days have now

23    passed and plaintiff has not returned the required documents or otherwise responded to the order.

24           Accordingly, IT IS HEREBY ORDERED that:

25           1.  Within thirty days of service of this order, plaintiff shall complete and return the

26    required paperwork so that the United States Marshal can attempt service on the defendants.

27    ////

28    ////

                                                1

1     2.  Failure to comply with this order and return the required paperwork will result in this

2  case being dismissed for failure to prosecute.

3  DATED: February 9, 2017

4

ALLISON CLAIRE
5  UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28