UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M. QUINN,<br><br>            Plaintiff,<br><br>     v.<br><br>WARREN et al.,<br><br>            Defendants. | No. 2:14-cv-0408 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). ECF No. 4.

By order filed December 29, 2016, the court found that service was appropriate for defendants Warren, Nelson, Hernandez, and Steed and directed plaintiff to complete and return the paperwork necessary to effect service on the defendants. ECF No. 19. On February 9, 2016, after plaintiff failed to return the required paperwork, the court again ordered plaintiff to complete and return the paperwork to effect service on the defendants and gave him an additional thirty days to do so. ECF No. 20. Plaintiff was warned that failure to return the required paperwork would result in dismissal of his case. Id. Thirty days have now passed and plaintiff has not returned the required documents or otherwise responded to the orders.

////

1

      Accordingly, IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to prosecute.

DATED: March 28, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE